

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00554-CV

**IN THE INTEREST OF I.G.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01987
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED January 17, 2018.

Luz Elena D. Chapa, Justice